UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GIDGET COOK and DOUG COOK, husband and wife,

Plaintiffs,

v.

STATE OF WASHINGTON; WASHINGTON DEPARTMENT OF CORRECTIONS; JANE PARNELL and JOHN DOE PARNELL, wife and husband; and JOHN DOES NOS. 1-20,

Defendants.

NO. CV-10-3041-EFS

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On April 14, 2011, the Court ordered Plaintiffs Gidge and Doug Cook to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 2.) Plaintiffs' counsel J.J. Sandlin advised that Plaintiffs request that the Court dismiss the Complaint without prejudice so that they can exhaust administrative remedies before pursuing litigation. (ECF No. 3.) Receiving no contrary information from Plaintiffs, who received a copy of show-cause Order, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause **(ECF No. 2)** is **SATISFIED**.

2. The Complaint is **DISMISSED** without prejudice.

///

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 3rd day of May 2011.

s/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2010\3041.dismiss.discharge.osc.frm